IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

DEONDRE' TRAQUAN WATKINS,

          Petitioner,

v.                                                   Civil Action No. 3:25CV479

UNKNOWN,

          Respondent.

**MEMORANDUM OPINION**

      Petitioner, a Virginia prisoner proceeding *pro se*, submitted a document complaining about his arrest. (ECF No. 1.) Given the content of this document, the Court found it was appropriate to give Petitioner the opportunity to pursue this action as a petition for a writ of habeas corpus under 28 U.S.C. § 2254. *See Rivenbark v. Virginia*, 305 F. App'x 144, 145 (4th Cir. 2008).

      By Memorandum Order entered on July 18, 2025, the Court directed Petitioner, within twenty (20) days of the date of entry thereof, to complete and return the standardized form for filing a § 2254 petition if he wished to file a petition for a writ of habeas corpus. The Court warned Petitioner that the failure to comply with the terms of the July 18, 2025 Memorandum Order would result in the dismissal of the action. *See* Fed. R. Civ. P. 41(b).

      More than twenty (20) days have elapsed and Petitioner has not completed and returned the § 2254 form. Accordingly, the action will be dismissed without prejudice. A certificate of appealability will be denied.

      An appropriate Order shall accompany this Memorandum Opinion.

                                                                         /s/
                                                            M. Hannah Lauck
Date: 08/29/2025                                   United States District Judge
Richmond, Virginia